MARIA POSATO, Respondent, *v.* PUBLIC FIRE INSURANCE COMPANY, Appellant.

(Argued December 5, 1933; decided January 9, 1934.)

*J. Frank Traynor* for appellant.

*Arthur VD. Chamberlain* and *Paul Muscarella* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.